# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **OAK RIVER EQUITY VENTURES, LLC,** | ) CASE NO. 2:23-CV-00446 |
| Plaintiff, | ) |
| | ) |
| | ) JUDGE ALGENON L. MARBLEY |
| vs. | ) |
| | ) MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| **BOSS LIFESTYLE LLC**, *et al.*, | ) |
| | ) **ANSWER OF DEFENDANTS BOSS** |
| Defendants. | ) **LIFESTYLE LLC AND TYLER BOSSETTI TO** |
| | ) **COMPLAINT** |

**(Jury Demand Endorsed Hereon)**

Now comes Boss Lifestyle LLC and Tyler Bossetti (collectively, "Boss Lifestyle"), by and through its attorneys, and for its Answer to the Complaint states as follows. To the extent not specifically admitted, Boss Lifestyle denies each and every allegation in the Complaint.

## PARTIES

1.  Boss Lifestyle is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 1, and therefore denies the same.

2.  Boss Lifestyle admits the averments contained in paragraph 2.

3.  Boss Lifestyle admits the averments contained in paragraph 3.

## JURISDICTION AND VENUE

4.  Paragraph 4 contains legal conclusions as to jurisdiction, to which no response is required. To the extent a response is required, Boss Lifestyle is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 4.

5.  Paragraph 5 contains legal conclusions as to venue, to which no response is required. To the extent a response is required, Boss Lifestyle is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 5.

14515216.1

6. Boss Lifestyle states that the contract speaks for itself. Answering further, Boss Lifestyle is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 6, and therefore denies the same.

## FACTS

7. Boss Lifestyle states that Exhibit A speaks for itself. Answering further, Boss Lifestyle admits the averments contained in paragraph 7.

8. Boss Lifestyle states that Exhibit A speaks for itself. To the extent a response is required, Boss Lifestyle admits the averments contained in paragraph 8.

9. Boss Lifestyle admits the averments contained in paragraph 9.

10. Boss Lifestyle admits the averments contained in paragraph 10.

11. Boss Lifestyle states that Exhibit B speaks for itself. Answering further, Boss Lifestyle is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 11, and therefore denies the same.

12. Boss Lifestyle denies the averments contained in paragraph 12.

13. Boss Lifestyle denies the averments contained in paragraph 13.

14. Boss Lifestyle denies the averments contained in paragraph 14.

15. Boss Lifestyle states that the writing referred to in paragraph 15 speaks for itself. Answering further, Boss Lifestyle is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 15, and therefore denies the same.

16. Boss Lifestyle denies the averments contained in paragraph 16.

17. Boss Lifestyle admits that Plaintiff made a demand upon Boss Lifestyle, but denies the remaining averments contained in paragraph 17.

18. Boss Lifestyle denies the averments contained in paragraph 18.

19. Boss Lifestyle states that Exhibit B speaks for itself. Answering further, Boss Lifestyle denies the averments contained in paragraph 19.

20. Boss Lifestyle states that Exhibit B speaks for itself. Answering further, Boss Lifestyle denies the averments contained in paragraph 20.

21. Boss Lifestyle states that Exhibit B speaks for itself. Answering further, Boss Lifestyle denies the averments contained in paragraph 21.

22. Boss Lifestyle states that Exhibit B speaks for itself. Answering further, Boss Lifestyle denies the averments contained in paragraph 22.

23. Boss Lifestyle states that Exhibit B speaks for itself. Answering further, Boss Lifestyle denies the averments contained in paragraph 23.

24. Paragraph 24 contains legal conclusions, to which no response is required. To the extent a response is required, Boss Lifestyle denies the averments contained in paragraph 24.

## COUNT ONE
**Breach of Contract**

25. Boss Lifestyle incorporates herein all responses as set forth in the preceding paragraphs of this Answer.

26. Boss Lifestyle states that Exhibit A speaks for itself. Answering further, Boss Lifestyle admits the averments contained in paragraph 26.

27. Paragraph 27 contains legal conclusions, to which no response is required. To the extent a response is required, Boss Lifestyle is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 27.

28. Paragraph 28 contains legal conclusion, to which no response is required. To the extent a response is required, Boss Lifestyle denies the averments contained in paragraph 28.

14515216.1

29. Boss Lifestyle is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 29, and therefore denies the same.

30. Boss Lifestyle denies the averments contained in paragraph 30.

31. Boss Lifestyle is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 31, and therefore denies the same.

## PRAYER FOR RELIEF

1. Boss Lifestyle denies the averments contained in Plaintiff's Prayer for Relief on page 5, including Paragraphs 1-4 thereof, and Boss Lifestyle further denies that Plaintiff is entitled to any relief requested.

2. Boss Lifestyle denies each and every allegation not specifically admitted herein regardless of whether contained in the headings, footnotes, or otherwise.

## AFFIRMATIVE DEFENSES

Boss Lifestyle does not assume the burden of proof on any of the following defenses where the substantive law provides otherwise:

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Plaintiff's claims are barred, in whole or in part, by Ohio's usury laws.

3. Plaintiff's claims may be barred, in whole or in part, by illegality.

4. Plaintiff's claims may be barred, in whole or in part, by unconscionability.

5. Plaintiff's claims may be barred, in whole or in part, by the operation of the doctrine of estoppel.

6. Plaintiff's claims may be barred, in whole or in part, by rescission.

7. Plaintiff's claims may be barred, in whole or in part, by the operation of the doctrine of unclean hands.

4

14515216.1

8. Plaintiff's claims are barred, in whole or in part, due to Plaintiff's failure to act in a commercially reasonable manner.

9. Plaintiff's claims are barred, in whole or in part, because the terms of the applicable agreements have been modified.

10. Plaintiff's claims are barred, in whole or in part, due to accord and satisfaction.

11. Plaintiff's claims may be barred by any other matter constituting an avoidance or affirmative defense, and Boss Lifestyle reserves the right to assert the same.

12. Boss Lifestyle reserves the right to assert additional affirmative defenses as the same may become known during the course of discovery and by the evidence in this case.

WHEREFORE, Defendant demands that the Complaint be dismissed, with prejudice, and that he be awarded the costs of this action, including its reasonable attorney's fees.

Respectfully submitted,

*/s/ Aaron S. Evenchik*

| | |
|---|---|
| OF COUNSEL: | Aaron S. Evenchik (0073809)<br>Gregory A. Thompson (0089297) |
| HAHN LOESER & PARKS LLP | 200 Public Square – Suite 2800<br>Cleveland, Ohio 44114<br>Phone: (216) 274-2421<br>Fax: (216) 274-2591<br>Email: aevenchik@hahnlaw.com<br>gthompson@hahnlaw.com |

*Attorney for Defendants*
*Boss Lifestyle LLC and Tyler Bossetti*

14515216.1

## **JURY DEMAND**

Defendant Boss Lifestyle hereby demands a jury trial on all claims so triable.

Respectfully submitted,

*/s/ Aaron S. Evenchik*

OF COUNSEL:

Aaron S. Evenchik (0073809)

HAHN LOESER & PARKS LLP

*One of the Attorneys for Defendants*
*Boss Lifestyle LLC and Tyler Bossetti*

## **CERTIFICATE OF SERVICE**

I certify that on this 3rd day of April, 2023, a copy of the foregoing Answer of Boss Lifestyle LLC and Tyler Bossetti to Plaintiff's Complaint was served upon the below listed parties by electronic mail:

Thomas O. Crist (0064454)
Benesch, Friedlander, Coplan & Arnoff LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
Email: tcrist@beneschlaw.com

*Counsel for Plaintiff Oak River Equity Ventures LLC*

                                                            */s/ Aaron S. Evenchik*
                                                            Aaron S. Evenchik (0073809)

                                                            *One of the Attorneys for Defendants*
                                                           *Boss Lifestyle LLC and Tyler Bossetti*