**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| OAK RIVER EQUITY VENTURES, LLC, | : | |
| Plaintiff, | : | Case No. 2:23-cv-446 |
| v. | : | Chief Judge Algenon L. Marbley |
| BOSS LIFESTYLE LLC, *et al.*, | : | Magistrate Judge Kimberly A. Jolson |
| Defendants. | : | |

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the August 20, 2024 Opinion and Order, the Court GRANTED IN PART Plaintiff's Motion for Summary Judgment with respect to liability and DENIED it in PART to the extent that Plaintiff requested Attorneys' Fees.  Because the only matter that remains is attorneys' fees, this case is DISMISSED.

**Date:  August 20, 2024**            **Richard W. Nagel, Clerk**

                                                     s/Diane M. Stash
                                            Diane M. Stash/Deputy Clerk